**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eric D. WHITE, a/k/a Eric Barnes, a/k/a Tiger, a/k/a Eric Carter, a/k/a Erick Barnes, a/k/a Eric Keene, a/k/a Eric Kane, a/k/a Eric Tiger, Defendant—Appellant.**

No. 10–6138.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 25, 2010.

Eric D. White, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric D. White appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. White,* No. 1:92–cr–00256–JCC–4 (E.D. Va. filed Jan. 5, 2010 & entered Jan. 6, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*